**DEBTOR:** Canyon Resources Inc.  **POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:** 15-22849-JGR  **FOR QUARTER ENDED:** 30-Sep-18

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

1. CASH BALANCE, BEGINNING OF QUARTER  $ -(266,940.54)
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES  0.00
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS  ( 5,123.48 )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT  $ -(272,064.02)

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| 1. ADMINISTRATIVE EXPENSES | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---|---|
| Plan Trustee Compensation | $ 0 | $ 0 | $ 0.00 |
| Plan Trustee Expense | 0 | | |
| Attorney Fees - Trustee | 5,090.96 | 106,299.21 | 106,299.21 |
| Attorney Fees - Debtor | 0 | 68,015.37 | 68,015.37 |
| Other Professionals | | 56,147.07 | 56,147.07 |
| Other Administrative Expenses | 325.00 | 44,378.11 | 44,378.11 |
| TOTAL ADMINISTRATIVE EXPENSES | $ 5,123.48 | $ 274,848.76 | $ 274,848.76 |
| 2. SECURED CREDITORS | $ 0 | | 0 |
| 3. PRIORITY CREDITORS | $ 0 | | 0.00 |
| 4. UNSECURED CREDITORS | $ 0.00 | 0 | 0.00 |
| 5. EQUITY SECURITY HOLDERS | $ | | |
| 6. Attach additional sheets as nece | $ | | 0 |
| **TOTAL PLAN PAYMENTS** | $ 5,123.48 | $ 274,848.76 | $ -(272,064.02) |

| | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ 325.00 | July 28, 2018 | 1183 |

### PLAN STATUS:

Yes No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)  [ ] [X]
2. Are all post-confirmation obligations current? (If no, attach explanation.)  [X] [ ]
3. Projected date of application for final decree: 2nd quarter 2019

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

By: Atna Liquidating Trust Canyon Resources Inc.

Kenneth J. Buechler, Trustee Liquidating Trust

Email & Phone: ken@bandglawoffice.com, 720-381-0045

Form 3
Rev. 12/10/200